1    ALEJANDRO N. MAYORKAS (S.B. #122447)
     SABRINA H. STRONG (S.B. #200292)
2    ADAM G. LEVINE (S.B. #200522)
     CHRISTA M. DEMEKE (S.B. #226225)
3    O'MELVENY & MYERS LLP
     400 South Hope Street
4    Los Angeles, CA 90071-2899
     Telephone: (213) 430-6000
5    Facsimile: (213) 430-6407
     E-mail: amayorkas@omm.com
6            sstrong@omm.com
             alevine@omm.com
7            cdemeke@omm.com

8
     Attorneys for Defendant
9    The Clorox Company

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13   PETER C. WACHOWSKI, on Behalf of        Case No. CV-08-05269 WHA
     Himself and All Others Similarly
14   Situated and the General Public,        Honorable William Alsup

15              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                             ORDER TRANSFERRING ACTION
16        v.                                 TO SOUTHERN DISTRICT OF
                                             CALIFORNIA**
17   CLOROX COMPANY ,
                                             Action Filed:    November 20, 2008
18              Defendant.

19

20

21

22

23

24

25

26

27

28

1              Pursuant to 28 U.S.C. §§ 1404(a), Defendant The Clorox Company

2    ("Clorox"), Plaintiff Peter Wachowski and plaintiff Shawndee Hartless (who is plaintiff in

3    the related action *Hartless v. Clorox Company*, Case No. 06-CV-2705 JAH (CAB)

4    ("*Hartless*")[1]) respectfully request for the reasons stated herein that this Court approve

5    this Stipulation and Proposed Order ("Stipulation") to:

6              (1) transfer the above-captioned action ("*Wachowski*") to the United States

7    District Court for the Southern District of California, and

8              (2) extend the deadline for Clorox to file a response to the complaint in

9    *Wachowski* (the "Complaint") until 30 days after this Court enters this Stipulation and

10   Order.

11             WHEREAS, the *Hartless* action was filed on December 13, 2006 in the

12   Southern District of California and has been proceeding before the Honorable John A.

13   Houston for approximately two years;

14             WHEREAS, the *Wachowski* action was filed on November 20, 2008 in this

15   Court;

16             WHEREAS, *Hartless* and *Wachowski* involve the same defendant, are based

17   on substantially similar allegations, and the plaintiff in each seeks to represent the same

18   nationwide class of consumers of Clorox's Automatic Toilet Bowl Cleaner With Bleach

19   (the "Product");

20             WHEREAS, in *Hartless*, Judge Houston has already considered allegations

21   identical to those asserted in *Wachowski* and issued substantive rulings, discovery has

22   commenced, and a deadline for plaintiff Hartless to file her motion for class certification

23   has been set;

24             WHEREAS, the parties to both *Hartless* and *Wachowski* agree that *Hartless*

25   and *Wachowski* are related actions pursuant to Civil Local Rule 3-13 of this Court, and

26   ---

[1] *Hartless* is a consumer class action filed on December 13, 2006 and currently
27   proceeding in the United States District Court for Southern District of California.  Clorox
and Plaintiff Wachowski have concurrently filed a Joint Notice of Pendency of Other
28   Action pursuant to Local Rule 3-13 detailing the similarities between the allegations in the
*Wachowski* and *Hartless* actions.

STIPULATION AND [PROPOSED] ORDER; CV-08-
05269 WHA

1  that *Wachowski* should be transferred to the United States District Court for the Southern

2  District of California to conserve judicial resources and prevent duplicative litigation;

3          WHEREAS, the parties to both *Hartless* and *Wachowski* agree that transfer

4  of *Wachowski* to the Southern District of California is proper under 28 U.S.C. §§ 1404(a)

5  because: (1) while venue exists in the Northern District of California, this action could

6  have been properly brought in the Southern District of California; (2) the Southern

7  District of California is the preferred forum over the Northern District of California

8  because the first-filed *Hartless* action has been proceeding in the Southern District for

9  approximately two years; and (3) principles of judicial economy militate in favor of

10  transfer of *Wachowski* to the Southern District of California to promote the interests of

11  justice and minimize the risk of inconsistent rulings and judgments;

12          WHEREAS, the parties to both *Hartless* and *Wachowski* agree to work

13  together to avoid duplication of discovery and further agree that discovery obtained in one

14  action can be used in either action to the extent it is otherwise relevant and admissible;

15          WHEREAS, the parties to both *Hartless* and *Wachowski* agree that

16  subsequent to a transfer of this case to the Southern District of California, the Protective

17  Order previously entered in *Hartless* will apply to *Wachowski*, and Plaintiff Wachowski

18  will be bound by the terms of that Protective Order;

19          WHEREAS, the parties to both *Hartless* and *Wachowski* agree that

20  subsequent to a transfer of this case to the Southern District of California, the Stipulation

21  Regarding the Production of Electronically Stored Information previously entered in

22  *Hartless* will apply to *Wachowski*, and Plaintiff Wachowski will be bound by the terms of

23  that Stipulation;

24          WHEREAS, Plaintiff Wachowski agrees that, within 21 days after entry of

25  this Court's ruling on this Stipulation, he will file an amended complaint dropping his

26  claim for breach of implied warranty and his California UCL and CLRA claims and

27  allege, on behalf of a purported class of Illinois consumers of Clorox's Product, claims

28  under Illinois' consumer protection law;

1    WHEREAS, plaintiffs' counsel in *Hartless* and *Wachowski* agree that

2    counsel of record in *Hartless* will serve as interim lead plaintiffs' counsel for the related

3    *Hartless* and *Wachowski* actions pursuant to Federal Rule of Civil Procedure 23(g)(2).

4    IT IS HEREBY STIPULATED AND AGREED among the undersigned

5    parties to both *Hartless* and *Wachowski*, through their respective attorneys of record and

6    subject to approval by this Court, as follows:

7    1.    This action shall be transferred to the United States District Court for

8    the Southern District of California.

9    2.    The time for Clorox to respond to the Complaint in this action is

10   hereby extended to 30 days after entry of this Court's ruling on this Stipulation.

11

12   Dated:  January 6, 2009          ALEJANDRO N. MAYORKAS
                                      SABRINA H. STRONG
13                                    ADAM G. LEVINE
                                      CHRISTA M. DEMEKE
14                                    O'MELVENY & MYERS LLP

15

16                                    By:/s/  Adam G. Levine
                                             Adam G. Levine

17                                    Attorneys for Defendant The Clorox
18                                    Company

19   Dated:  January 6, 2009          RICHARD J. DOHERTY
                                      BOCK HATCH, LLC
20
                                      ROBERT W. SCHMEIDER, II
21                                    THE LAKIN LAW FIRM, P.C.

22                                    INGRID M. EVANS
                                      DAVID I. CHENG
23                                    WATERS & KRAUS LLP

24

25                                    By:/s/  Richard J. Doherty
                                             Richard J. Doherty
26
                                      Attorneys for Plaintiff Peter Wachowski
27

28

1    Dated:  January 6, 2009          TIMOTHY G. BLOOD
                                     LESLIE E. HURST
2                                    COUGHLIN STOIA GELLER RUDMAN
                                     & ROBBINS LLP
3

4
                                     By:/s/  Timothy G. Blood
5                                        Timothy G. Blood

6                                    Attorneys for Plaintiff Shawndee Hartless

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

IT IS ORDERED that:

1.      This action shall be transferred to the United States District Court for the Southern District of California.

2.      The time for Clorox to respond to the Complaint in this action is hereby extended to 30 days after entry of this Court's ruling on this Stipulation.

DATED: _January 22, 2009_____

By_____
        The Honorable William Alsup
        United States District Judge

STIPULATION AND [PROPOSED] ORDER; CV-08-05269 WHA